UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| BRISTOL-MYERS SQUIBB COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>DR. REDDY'S LABORATORIES, LTD. AND DR. REDDY'S LABORATORIES, INC.<br><br>Defendants. | Civil Action No.<br>1:12-cv-7800-NLH-KMW<br><br>**ORDER TO SEVER CLAIMS RELATING TO THE FORMULATION PATENTS AND TO STAY THE SEVERED CASE** |

**AND NOW**, the Court having considered Plaintiff Bristol-Myers Squibb Company's and Defendants Dr. Reddy's Laboratories, Ltd.'s and Dr. Reddy's Laboratories, Inc.'s, Joint Motion to Sever Claims Relating to the Formulation Patents,

**IT IS** on this 8th day of July [redacted] 2013,

**ORDERED**, as follows: The Motion is Granted.

It is ORDERED that all claims and counterclaims relating to U.S. Patent Nos. 6,670,384 and 7,022,330 be and hereby are severed, and the Clerk of the Court is directed to assign a new case number to the severed portion based upon this Order and shall docket a copy of this Order as the first entry. Thereafter, that case shall be STAYED and administratively closed pending final judgment (through appeal, if necessary) regarding U.S. Patent No. RE 41,393 in 1:12-cv-7800-NLH-KMW, whereupon it may be reopened by either party upon proper notice.

Noel L. Hillman
Noel L. Hillman, U.S.D.J.

At Camden, New Jersey